## No. 9931.

## THE WORLD'S INDUSTRIAL AND COTTON CENTENNIAL EXPOSITION VS. THE CRESCENT CITY RAILROAD COMPANY.

When a party appeals, but fails to bring up his appeal in time, and it is filed after the return day and dismissed, he cannot, under another order, bring up a second appeal. The appeal will be considered as abandoned.

APPEAL from the Civil District Court for the Parish of Orleans. *Tissot*, J.

*Gus A. Breaux* and *E. M. Hudson* for Plaintiff and Appellant.

*John M. Bonner* for Defendant and Appellee.

The opinion of the Court was delivered by

TODD, J. This is the second appeal in this case.

In the first appeal the transcript was not filed in time, and the appeal, on motion, was dismissed. Subsequently, the appellant filed a petition for an appeal and obtained another order, and under that order brings up the present appeal.

There is a motion to dismiss the appeal, substantially on the ground that the first appeal having been dismissed because not filed in time, the appeal must be considered as abandoned, and that this second appeal should not be entertained.

The motion must prevail. We see nothing whatever to distinguish this case from those of Pierce vs. Cushing, 33 Ann. 810, and Sterling vs. Sterling, 35 Ann. 840, where, after a thorough review of our jurisprudence on this point, we reached a conclusion similar to the one now announced. Ducournau case, 3 Ann. 245; Ducournau vs. Levinstone, 4 Ann. 30; Brickell vs. Conner, 10 Ann. 235; Redmond vs. Mann, 29 Ann. 149.

Appeal dismissed.